IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02394-WYD-MEH

SAUL ALVARADO CHIMAL

     Plaintiff,

v.

FRANK D. SLEDGE, ESQ.;
WHITE AND STEELE, PC.;
G. RONALD HEATH, ESQ.; and
HOOVER, HULL, BAKER and HEATH, LLP,

     Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice filed August 8, 2007 (docket #60). Upon review of the file, and finding good cause exists therefore, it is hereby

ORDERED that the Motion is **GRANTED**. It is

FURTHER ORDERED that all claims asserted in this action are dismissed **WITH PREJUDICE**, each party to bear his or its own costs and attorneys' fees.

Dated: August 14, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge